**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Sheryl Garbus, individually on behalf of herself and all others similarly situated,

                        Plaintiff,

    -against-

UV Sanitizer USA LLC,

                        Defendant.

Case No. 2:20-cv-05358-JMA-JMW

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, individually and on behalf of herself, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

Date: April 25, 2022

                        Respectfully submitted,

                        By: */s/ Jason P. Sultzer*
                        Jason P. Sultzer, Esq.
                        **THE SULTZER LAW GROUP P.C.**
                        85 Civic Center Plaza, Suite 200
                        Poughkeepsie, NY 12601
                        Tel.: (845) 483-7100
                        *sultzerj@thesultzerlawgroup.com*

                        *Counsel for Plaintiff*